UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 21, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:11-MJ-00022-DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOHN LINDER, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN LINDER__ , Case No. _2:11-MJ-00022-_

_DAD_ , Charge 18 § 2252(a)(2) and 2252(a)(4)(B) , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

      __    Release on Personal Recognizance

  __✔__    Bail Posted in the Sum of $100,000.

      __✔__    Unsecured Appearance Bond

      __    Appearance Bond with 10% Deposit

      __    Appearance Bond with Surety

      __    Corporate Surety Bail Bond

      __✔__    (Other)    __With pretrial supervision and conditions of release as__

                          __stated on the record in open court__

*and) Defendant to be brought by Marshals to the Pretrial Services office on Monday, January 24, 2011, and released at that time*

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _January 21, 2011_ at __2:45__ p.m. .

By     _Dale A. Drozd_

        Dale A. Drozd
        United States Magistrate Judge