**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:**    **530.759.0700**
    **Facsimile:**    **530.759.0800**
**Attorney for Defendant**

JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. MAG- 11-00022-DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER MODIFYING CONDITIONS OF RELEASE** |
| JOHN LINDER, | |
| Defendants. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Carolyn Delaney, Assistant United States Attorney, and Defendant, JOHN LINDER, through his counsel of record, Joseph J. Wiseman, and with the approval of the Pre-Trial Services Officer, Taifa Gaskins, that the Conditions of Pre-Trial Release be modified such that the Third-Party Custodian of the Defendant be changed to Richard G. Jaco.

/ / / / /

/ / / / /

/ / / / /

---

The parties are entering into this Stipulation to provide a new Third-Party Custodian for the defendant to replace Gus Krumm.

Dated:  January 31, 2010                    Respectfully submitted,

                                            JOSEPH J. WISEMAN, P.C.


                                            By:   /s/  Joseph J. Wiseman
                                                  JOSEPH J. WISEMAN
                                                  Attorney for Defendant
                                                  JOHN LINDER

Dated: January 31, 2010                     BENJAMIN B. WAGNER
                                            United States Attorney

                                            By:    /s/ Carolyn Delaney
                                                  CAROLYN DELANEY, AUSA
                                                  Attorney for Plaintiff
                                                  UNITED STATES OF AMERICA

**ORDER**

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions of pre-trial release be modified in the above-captioned case as noted.

Dated:  February 3, 2011         /s/ Gregory G. Hollows
                                 _____
                                     United States Magistrate Judge

Third Party Custody                                      Case No. MAG 11-00022-DAD