**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   Telephone:    530.759.0700
   Facsimile:    530.759.0800
**Attorney for Defendant**

JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>JOHN LINDER,<br><br>                   Defendant. | Case No. MAG- 11-00022-DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO COMPLETE REAL PROPERTY BOND TO SECURE DEFENDANT'S RELEASE** |

     It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Carolyn Delaney, Assistant United States Attorney, and Defendant, JOHN LINDER, through his counsel of record, Joseph J. Wiseman, that the time for defendant to prepare and file a Property Bond to secure defendant's release be extended to **February 18, 2011.**

     The parties are entering into this Stipulation on the grounds the Property Bond is now due to be file on **February 4, 2011**, but defendant needs additional time to prepare the necessary documents to complete the process of obtaining a Property Bond securing his release.

/ / / / /
/ / / / /

---

Stipulation and Proposed Order Extending Time to Complete
Real Property Bond to Secure Defendant's Release

Case No. MAG - 11-00022-DAD

| | |
|---|---|
| Dated:  February 3, 2011 | Respectfully submitted, |
| | JOSEPH J. WISEMAN, P.C. |
| | By:   /s/  Joseph J. Wiseman<br>JOSEPH J. WISEMAN<br>Attorney for Defendant<br>JOHN LINDER |
| Dated: February 3, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:     /s/ Carolyn Delaney<br>CAROLYN DELANEY, AUSA<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |

**ORDER**

Pursuant to the stipulation of the parties and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the time for defendant to prepare and file a Property Bond securing his release is extended to **February 18, 2011.**

Dated:  February 8, 2011

 /s/ Gregory G. Hollows
_____
United States Magistrate Judge

Linder.bond