BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN LINDER,<br><br>            Defendant. | CASE NO. 2:11-mj-00022-DAD<br><br>GOVERNMENT'S MOTION TO DISMISS COMPLAINT; ORDER THEREON |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States hereby moves the Court, in the interest of justice, for an order dismissing without prejudice the complaint in this case against John Francis Linder.  Mr. Linder was charged as part of a child pornography investigation.  The complaint was filed on January 20, 2011.

///
///
///
///

1

1 | DATED: February 9, 2011

2 |                                         BENJAMIN B. WAGNER
                                            United States Attorney
3 |

4 |
                                        By, /s/Michelle A. Prince
5 |                                         MICHELLE A. PRINCE
                                            Assistant U.S. Attorney
6 |

7 |

8 |

9 |

10 |                         O R D E R

11 |    In view of the instant motion, and GOOD CAUSE APPEARING

12 | THEREFORE, IT IS HEREBY ORDERED that the complaint in the above-

13 | captioned action is hereby dismissed without prejudice.

14 | DATED: February 14, 2011

15 |                                        /s/ Gregory G. Hollows
                                            GREGORY G. HOLLOWS
16 |                                        United States Magistrate Judge