**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    Telephone:    530.759.0700
    Facsimile:    530.759.0800
**Attorney for Defendant**

JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. MAG- 11-00022-DAD |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENDANT'S REQUEST FOR THE RETURN OF UNITED STATES PASSPORT |
| JOHN LINDER, | |
| Defendants. | |

    Pursuant to the Order of the Court signed on February 14, 2011, dismissing the complaint against defendant, JOHN LINDER, defendant, by and through his undersigned counsel, moves for an Order authorizing the release of his United States passport.

Dated: March 14, 2011        Respectfully submitted,

                                        By: ___/s/ Joseph J. Wiseman___
                                        JOSEPH J. WISEMAN
                                        Attorney for Defendant

/ / / / /
/ / / / /

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant JOHN LINDER's United States passport be returned to him forthwith.

Date: 3/16/2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

Proposed Order Granting Defendant's  Case No. MAG - 11-00022-DAD
Request for Return of U.S. Passport